**Robert A. CUFFEE, Plaintiff–Appellant,**

**v.**

**Nurse LUCY, Medical Department; Ronald Coker; E. Bealor, Assistant Warden; Mr. Dotson, Warden of Lawrenceville Correctional Center; Mr. Ruffin, Assistant of Operations; Ms. Badgett, Medical Head Nurse, Defendants–Appellees.**

No. 03–6207.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Robert A. Cuffee, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert A. Cuffee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000), complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cuffee v. Lucy,* No. CA–02–888 (E.D. Va. filed Jan. 8, 2003; entered Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*